IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD L. PERALTA, | No. C 08-05435 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 26, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 5, 2009.

DESIGNATION OF EXPERTS: 2/12/10; REBUTTAL: 2/26/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 12, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by November 6, 2009;

Opp. Due November 20, 2009; Reply Due November 30, 2009;

and set for hearing no later than December 11, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 4, 2010 at 3:30 PM.

JURY TRIAL DATE: May 24, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall be completed before the end of May 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge