DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3845
Facsimile:     (415) 554-4248
E-Mail:        rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEONARD L. PERALTA, | Case No. CV 08 5435 SI |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY CUTOFF; DECLARATION; PROPOSED ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MUNICIPAL TRANSPORTATION AGENCY; and DOES 1 to 25, Inclusive, | Civ. L.R. 7-12; 6-1(b); 6-2 |
| | Date Action Filed: December 3, 2008<br>Trial Date: May 24, 2010 |
| Defendant(s). | |

**STIPULATION**

The parties herein stipulate to an extension of time to conduct non-expert discovery in this case from September 4, 2009, as set forth in this Court's March 17, 2009 Pretrial Preparation Order, to October 19, 2009.

The parties further stipulate to an extension of the deadline for dispositive motions to be filed from November 6, 2009 to January 22, 2010.  Any opposition to a dispositive motion will be due on

February 5, 2010.  Any reply in support of a dispositive motion will be due on February 12, 2010.  Any dispositive motions will be set for hearing no later than February 26, 2010.

**IT IS SO STIPULATED.**

### DECLARATION

Pursuant to Local Rule 6-2(a), the undersigned attorneys declare the following:

The parties request an extension of time to complete discovery that has already been begun, and to have time to follow up on any discovery yet to be completed.

The dates contained in the Court's Pretrial Preparation Order of March 17, 2009, have not previously been altered.

Changing these dates will not affect any other dates contained in the Pretrial Order, including the trial date of May 24, 2010.  The changes will also not affect the date of the settlement conference, which is currently set before Magistrate Judge Chen for September 25, 2009.

We declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California.

Dated:  September 3, 2009

DENNIS J. HERRERA  
City Attorney  
JONATHAN ROLNICK  
ROSE-ELLEN H. FAIRGRIEVE  
Deputy City Attorneys

By:_____/s/_____  
ROSE-ELLEN H. FAIRGRIEVE  
Attorneys for Defendant  
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 3, 2009

By:_____/s/_____  
CURTIS G. OLER  
LAW OFFICES OF CURTIS G. OLER  
Attorney for Plaintiff  
LEONARD L. PERALTA

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
                                      HON. SUSAN ILLSTON
                                      United States District Court