IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD L. PERALTA, | No. C 08-5435 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. / | |

In accordance with this Court's Order Granting Defendants' Motion for Summary Judgment, judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 22, 2010

SUSAN ILLSTON
United States District Judge